Urban Well Acupuncture, P.C. a/a/o Manuel Guaman, Plaintiff-Respondent,
against
Global Liberty Insurance Company of New York, Defendant-Appellant.



Defendant, as limited by its brief, appeals from so much of an order of the Civil Court of the City of New York, New York County (Carol R. Sharpe, J.), entered May 1, 2018, as denied its motion for summary judgment dismissing the complaint.




Per Curiam.
Order (Carol R. Sharpe, J.), entered May 1, 2018, insofar as appealed from, reversed, with $10 costs, defendant's motion granted and the complaint dismissed, except as to so much of the complaint as seeks to recover upon claims for $439.25. 
In opposition to defendant-insurer's prima facie showing of entitlement to summary judgment on the grounds of lack of medical necessity and that the amounts sought exceeded the amounts permitted by the workers' compensation fee schedule, plaintiff failed to raise a triable issue. Although defendant previously moved for summary judgment, its prior motion contained an unsworn chiropractic IME report. Thus, the court properly considered defendant's renewed motion based upon substantively identical proof in proper form (see Cespedes v McNamee, 308 AD2d 409 [2003]).
We note that defendant, on reply below, corrected alleged coding errors in plaintiff's bills and agreed that plaintiff was entitled to an additional $439.25.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 12, 2018